IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TONNIE NORDMEYER, d/b/a
Sunshine Towing & Service, and
SUNSHINE TOWING & SERVICE, LLC,

    Plaintiffs,

    -vs-

THOMAS CUNDIFF, BENNIE VICK,
Individually and as Williamson County
Sheriff, and COUNTY OF WILLIAMSON,
an Illinois County Corporation,

    Defendants.           NO. 10-CV-792-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Orders entered by this Court on September 28, 2011 and November 7, 2011, this case is **DISMISSED** with prejudice.

           NANCY J. ROSENSTENGEL,
           CLERK OF COURT


           BY:    /s/*Sandy Pannier*
                  **Deputy Clerk**

Dated: November 7, 2011

Digitally signed by
David R. Herndon
Date: 2011.11.07
10:51:47 -06'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT